IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES BIRKETT,

    Plaintiff,

v.

KAREN TIMBERLAKE and
VI SORENSEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-442-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff James Birkett's request to proceed in forma pauperis is denied and judgment is entered in favor of defendants dismissing this case.

_Peter Oppeneer_, Clerk of Court

2/11/2011
Date